**FILED**

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0657

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0657

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

DANIEL E. NEWBY,

    Defendant and Appellant.

FILED

MAY 05 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Appellant Daniel E. Newby has filed a third motion for a 60-day extension of time within which to file his opening brief.

    Upon consideration of Appellant's motion for extension of time,

    IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until July 8, 2022, within which to file his opening brief.

    DATED this _____ day of May, 2022.

For the Court,

Chief Justice